

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

Nos. 06-18-00025-CR &
06-18-00026-CR

BRADLEY CURTIS KOUGHER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Hopkins County, Texas
Trial Court Nos. 1726304 & 1726305

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Court reporter Jana Atchison Rushing recorded the trial court proceedings in appellate cause numbers 06-18-00025-CR and 06-18-00026-CR, styled *Bradley Curtis Kougher v. The State of Texas*, trial court cause numbers 1726304 and 1726305, respectively, in the 8th Judicial District Court of Hopkins County, Texas. A copy of this record has been requested by a family member of Bradley Curtis Kougher.

After receiving that request, we asked Rushing if she would voluntarily redact the sensitive data from the record before we were faced with the prospect of disclosing an unredacted copy of the reporter's record. Rushing has respectfully declined to redact the sensitive data, on a voluntary basis. *See* TEX. R. APP. P. 9.10. Sensitive data includes,

> (1)    A driver's license number, passport number, social security number, tax identification number or similar government-issued personal identification number;
>
> (2)    bank account number, credit card number, and other financial account number;
>
> (3)    a birth date, a home address, and the name of any person who was a minor at the time the offense was committed.

TEX. R. APP. 9.10(a). Rule 9.10(b) provides that, "[u]nless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." Further, "[t]he filing of a document constitutes a certification by the filer that the document complies with paragraphs (a) and (b) of this rule." TEX. R. APP. P. 9.10(e).

Having determined that volumes 1 and 3 through 9 of the reporter's record contain sensitive data, as that term is defined by Rule 9.10, we hereby ORDER Rushing to redact from these volumes any and all sensitive data they contain.[1]

Those volumes of the so redacted reporter's record are to be received by this Court no later than Thursday, August 8, 2019. If any of such redacted volumes are not received by August 8, we warn Rushing that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date: July 16, 2019

---

[1]These volumes contain the names of five persons who were minors when the offense was committed. *See* TEX. R. APP. 9.10(a)(3). In accordance with Rule 9.10(d), "Sensitive data must be redacted by using the letter 'X' in place of each omitted digit or character or by removing the sensitive data in a manner indicating that the data has been redacted." TEX. R. APP. P. 9.10(d).